UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10045 MLW

DONALD E. SULLIVAN, )
    Plaintiff, )
)
v. )
)
RAYTHEON COMPANY, )
    Defendant. )

### ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Defendant Raytheon Company ("Raytheon") moves that the deadline for responding to the complaint be extended to January 30, 2004. As grounds for this motion, Raytheon states that this matter was removed to this Court on January 8, 2004, and that additional time is necessary to prepare a complete response to the complaint. Plaintiff Donald E. Sullivan, though his counsel, has assented to this motion.

RAYTHEON COMPANY
By its attorneys,

_____
James F. Kavanaugh, Jr.
BBO# 262360
Stephen S. Churchill
BBO# 564158
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

ASSENTED TO:

_____
Frederick T. Golder, Esq.
Attorney for Plaintff

Dated: January 9, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand/mail) on 1/9/04.
_____