UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10045 MLW

| | |
|---|---|
| DONALD E. SULLIVAN, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RAYTHEON COMPANY, | ) |
| Defendant. | ) |

### SUPPLEMENTAL AFFIDAVIT OF STEPHEN S. CHURCHILL

1. I am an attorney at Conn Kavanaugh Rosenthal Peisch & Ford, LLP, which represents defendant Raytheon Company ("Raytheon") in the above-referenced matter.

2. Attached as Exhibit A is a true and accurate copy of the Affidavit of Stephen S. Churchill, filed in plaintiff Donald E. Sullivan's ("Sullivan") prior lawsuit against Raytheon. The page numbers in the bottom right-hand corner were placed there when preparing the record appendix for Sullivan's appeal to the First Circuit in that lawsuit.

3. Attached as Exhibit B is a copy of Sullivan's lump sum settlement in connection with a claim for workers' compensation benefits.

Signed under the penalties of perjury this 3rd day of February, 2004.

_____
Stephen S. Churchill

193569.1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 2/3/04