# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELLORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200
Fax: (617) 482-6444

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
CHRISTOPHER J. PETRINI
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEPHEN S. CHURCHILL
STEVEN E. GURDIN
MICHAEL T. SULLIVAN

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
JAY P. SYMONDS
SARA L. GOODMAN
MICHAEL R. BERNARDO
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH A. NUZZO
MELISSA J. RICHARD

WRITER'S DIRECT DIAL: 617-348-8214
E-MAIL: SCHURCHILL@CKRPF.COM

February 10, 2004

Clerk for Civil Business
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:   Donald Sullivan v. Raytheon Company
      Civil Action No. 04-10045 MLW

Dear Sir/Madam:

Enclosed for filing is a certified copy of the state court record.

Very truly yours,

Stephen S. Churchill

SSC/mjp/6676-103
Enclosures

cc:   James F. Kavanaugh, Jr., Esq. (w/o encl.)
      Frederick T. Golder, Esq. (w/o encl.)