UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
********************
DONALD E. SULLIVAN    *              CIVIL ACTION
     Plaintiff,      *              NO: 04-10045-MLW
                     *              BBO NO. 198580
                     *
v.                   *
                     *
RAYTHEON COMPANY,    *
     Defendant.      *
********************
```

**PLAINTIFF'S MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

The plaintiff, Donald E. Sullivan ("Sullivan"), moves to enlarge the time within which to respond to Defendant's Motion to Dismiss and for Summary Judgment for the following reasons:

1. Counsel for Sullivan received a copy of Defendant's Motion to Dismiss and for Summary Judgment on February 10, 2004.

2. The Motion, Memorandum, and other materials submitted consist of numerous pages, which will require sufficient time to respond.

3. Counsel for Sullivan will be out of the Commonwealth of Massachusetts for the month of March.

4. Sullivan has filed a Motion to Remand, and for judicial economy, the Court should rule on the Motion to Remand before considering and ruling on Defendant's Motion to Dismiss and for Summary Judgment.

5. Counsel for the defendant, Raytheon Company ("Raytheon"), assents to Sullivan's Motion to Enlarge the time to Respond to Defendant's Motion to Dismiss and for Summary Judgment.

6. Counsel for the defendant Raytheon opposes any enlargement of time contingent on the Court's ruling on Sullivan's Motion to Remand.

Wherefore, Sullivan, through counsel, moves that the time to respond to Defendant's Motion to Dismiss and for Summary Judgment be enlarged contingent on the Court's ruling on Sullivan's Motion to Remand, or in the alternative to a time after April 15, 2004, or such other time as to the Court may consider just and proper.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Frederick T. Golder certify that I conferred with James F. Kavanaugh, Jr., Esquire, counsel for Raytheon, in good faith to resolve or narrow the issues with respect to this motion.

By his attorney,

Attorney for Plaintiff
Frederick T. Golder (BBO #198580)
P.O. Box 232
Lynnfield, MA 01940
(781) 334-4284

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/18/2004.