A-1

**GOLDER & GOLDER**
ATTORNEYS AND COUNSELLORS AT LAW
P.O. Box 232
LYNNFIELD, MASSACHUSETTS 01940
Telephone (781) 334-4284
Facsimile (781) 334-5310
Email: ftgolder@verizon.net

February 20, 2004

Kathleen Boyce, Docket Clerk
John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Room 5110
Boston, MA 02210

RE:    Sullivan v. Raytheon Company
       C.A. NO. 04-10045-MLW

Dear Ms. Boyce:

On February 18, 2004, I filed a Motion to Enlarge time to Respond to Defendant's Motion to Dismiss and for Summary Judgment. There appears to be a misunderstanding as to that Motion, and after conferring with counsel for Defendant Raytheon, I want to withdraw that Motion to Enlarge and substitute that with the following two motions:

1.    Plaintiff's Assented Motion To Enlarge Time Within Which To Respond To Defendant's Motion To Dismiss And For Summary Judgment.

2.    Plaintiff's Motion To Enlarge Time Within Which To Respond To Defendant's Motion To Dismiss And For Summary Judgment Until After The Court Rules On Plaintiff's Motion To Remand.

If anything further is required, kindly advise.

Thank you for your courtesy in this matter.

Yours very truly,

Frederick T. Golder

FTG/rn
Enclosures
C:    James F. Kavanaugh, Jr., Esquire
      Mr. Donald E. Sullivan

SCANNED
DATE 2-29-04
BY PB