```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

*********************             CIVIL ACTION
DONALD E. SULLIVAN    *           NO: 04-10045-MLW
     Plaintiff,       *           BBO NO. 198580
                      *
v.                    *
                      *
RAYTHEON COMPANY,     *
     Defendant.       *
*********************
```

**PLAINTIFF'S ASSENTED MOTION TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

The plaintiff, Donald E. Sullivan ("Sullivan"), moves to enlarge the time within which to respond to Defendant's Motion to Dismiss and for Summary Judgment for the following reasons:

1.  Counsel for Sullivan received a copy of Defendant's Motion to Dismiss and for Summary Judgment on February 10, 2004.

2.  The Motion, Memorandum, and other materials submitted consist of numerous pages, which will require sufficient time to respond.

3.  Counsel for Sullivan will be out of the Commonwealth of Massachusetts for the month of March.

4.  Counsel for Sullivan is scheduled to begin a trial on April 5, 2004.

1

5.  Counsel for Sullivan is scheduled to begin a trial on April 12, 2004.

6.  Counsel for Sullivan is scheduled to begin a trial on April 15, 2004.

7.  Counsel for the defendant, Raytheon Company ("Raytheon"), assents to Sullivan's Motion to Enlarge the time to Respond to Defendant's Motion to Dismiss and for Summary Judgment but only to April 15, 2004.

Wherefore, Sullivan, through counsel, moves that the time to respond to Defendant's Motion to Dismiss and for Summary Judgment be enlarged to April 15, 2004.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Frederick T. Golder certify that I conferred with James F. Kavanaugh, Jr., Esquire, counsel for Raytheon, in good faith to resolve or narrow the issues with respect to this motion.

By his attorney,

Attorney for Plaintiff
Frederick T. Golder
BBO #198580
P.O. Box 232
Lynnfield, MA 01940
(781) 334-4284

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand/FAX) on 2/20/2004.

**GOLDER & GOLDER**
ATTORNEYS AND COUNSELLORS AT LAW
P.O. Box 232
LYNNFIELD, MASSACHUSETTS 01940
Telephone (781) 334-4284
Facsimile (781) 334-5310
Email: ftgolder@verizon.net

February 20, 2004

Kathleen Boyce, Docket Clerk
John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Room 5110
Boston, MA 02210

RE:   Sullivan v. Raytheon Company
      C.A. NO. 04-10045-MLW

Dear Ms. Boyce:

On February 18, 2004, I filed a Motion to Enlarge time to Respond to Defendant's Motion to Dismiss and for Summary Judgment. There appears to be a misunderstanding as to that Motion, and after conferring with counsel for Defendant Raytheon, I want to withdraw that Motion to Enlarge and substitute that with the following two motions:

1.   Plaintiff's Assented Motion To Enlarge Time Within Which To Respond To Defendant's Motion To Dismiss And For Summary Judgment.

2.   Plaintiff's Motion To Enlarge Time Within Which To Respond To Defendant's Motion To Dismiss And For Summary Judgment Until After The Court Rules On Plaintiff's Motion To Remand.

If anything further is required, kindly advise.

Thank you for your courtesy in this matter.

Yours very truly,

Frederick T. Golder

FTG/rn
Enclosures
C:   James F. Kavanaugh, Jr., Esquire
     Mr. Donald E. Sullivan