UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10045 MLW

DONALD E. SULLIVAN,
    Plaintiff,

v.

RAYTHEON COMPANY,
    Defendant.

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT UNTIL AFTER THE COURT RULES ON PLAINTIFF'S MOTION TO REMAND

The defendant Raytheon Company ("Raytheon"), by its attorney, hereby opposes Plaintiff's Motion to Enlarge Time Within Which to Respond to Defendant's Motion to Dismiss and For Summary Judgment Until After the Court Rules on Plaintiff's Motion to Remand. Raytheon has assented to a separate motion filed by plaintiff to enlarge until April 15, 2004, the time by which the plaintiff must respond to Raytheon's motion to dismiss and for summary judgment. By the motion presented here, however, the plaintiff requests an additional extension until after this Court has ruled upon the plaintiff's motion to remand the case. It is Raytheon's position that the two month enlargement that it assented to for the plaintiff's opposition, from February 17 to April 15, is adequate, and that the plaintiff's opposition should be filed and the matter proceed accordingly, by April 15.

RAYTHEON COMPANY
By its attorneys,

*[signature]*

James F. Kavanaugh, Jr. BBO# 62360
Stephen S. Churchill BBO# 564158
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated: March 5, 2004

195956.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by *[hand] [mail]* on March 5, 2004.

*[signature]*

2

# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELLORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200
Fax: (617) 482-6444

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
CHRISTOPHER J. PETRINI
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEPHEN S. CHURCHILL
STEVEN E. GURDIN
MICHAEL T. SULLIVAN

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
JAY P. SYMONDS
SARA L. GOODMAN
MICHAEL R. BERNARDO
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH A. NUZZO
MELISSA J. RICHARD

WRITER'S DIRECT DIAL: 617-348-8202
E-MAIL: JKAVANAUGH@CKRPF.COM

March 5, 2004

**BY HAND**

Clerk for Civil Business
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

RE: <u>Donald Sullivan v. Raytheon Company</u>
    <u>Civil Action No. 04-10045 MLW</u>

Dear Sir/Madam:

Enclosed for filing concerning the above-referenced matter, please find Defendant's Opposition to Plaintiff's Motion to Enlarge Time Within Which to Respond to Defendant's Motion to Dismiss and For Summary Judgment Until After the Court Rules on Plaintiff's Motion to Remand.

Please acknowledge receipt of the enclosed by signing and returning the enclosed postcard.

Very truly yours,

James F Kavanaugh, Jr.

JFK/lm:6676-103
Enclosure
cc: Stephen S. Churchill, Esq.
    Frederick T. Golder, Esq. (by facsimile and mail)

195958.1