UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10045 MLW

DONALD E. SULLIVAN,

Plaintiff,

v.

RAYTHEON COMPANY,

Defendant.

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of Raytheon Company in the above-referenced matter. Please note that Conn Kavanaugh Rosenthal Peisch & Ford, LLP and James F. Kavanaugh, Jr. will continue to appear for Raytheon Company.

Stephen S. Churchill (BBO # 564158)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

Dated: 5/28/04

202065.1

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 5/28/04.